Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 23 2017
JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| Les Ecker, Ecker Family <br><br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Judge Patty Swift, 12th Dist. State of Colo. Costilla Co. <br> Ann Kaufman, GAL <br> Costilla County Department of Social Services <br><br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔Yes ☐No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Les Ecker, Ecker Family |
| Address | 13650 9th Street |
| | Fort Garland / Co / 81133 |
| | *City / State / Zip Code* |
| County | Costilla |
| Telephone Number | 719-580-6062 |
| E-Mail Address | jettmotorsportsinc@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Judge Patty Swift - 12th District State of Colorado, Costilla County |
| Job or Title *(if known)* | Judge |
| Address | 401 S Church Pl |
| | San Luis / Co / 81152 |
| | *City / State / Zip Code* |
| County | Costilla |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ann Kaufman |
| Job or Title *(if known)* | Attorney, GAL |
| Address | 2 S. Cascade Ave. |
| | Colorado Springs / Co / 80903 |
| | *City / State / Zip Code* |
| County | El Paso |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name: Costilla County Department of Social Services
Job or Title *(if known)*: Jackie and/or Armando M  (Case Workers)
Address: 123 Gasper St
City: San Luis   State: Co   Zip Code: 81152
County: Costilla
Telephone Number:
E-Mail Address *(if known)*:

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4

Name:
Job or Title *(if known)*:
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address *(if known)*:

[ ] Individual capacity   [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th and 14th Admendments

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

12/23/2015

B. What date and approximate time did the events giving rise to your claim(s) occur?

01/2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Throughout this case since 2015, upon investigation, actions and facts displayed in court on part of Costilla Dept. of Social Services as well as Ann Kaufman, has been proven that there has been lies presented to the Judge, Patty Swift, with no facts presented to her and the Judge allows this to take place. When the plaintiff(s) tries to present evidence and facts the Judge does not allow it. All parties have broken many State Laws and have been one sided and have been threatening towards the Plaintiff(s) in which the Defendant(s) factually present. The Plaintiff(s) have over 10 pages of factual notes based upon an investigation the Plaintiff(s) performed as well as factual witnesses willing to testify on behalf of the Plaintiff(s). The Plaintiff(s) hereby request a full Federal investigation to be performed upon the said Defendant(s) and all parties associated to the said Defendant(s) in regards to State of Colorado Case 2015JV15 and hereby request after the findings that all children that are illegally being held returned to thier natural parents which are the Plaintiff(s) in this case and that all Defendant(s) in regards to this case, be presecuted to fullest extent of the law. For further discussion in regaeds to this please feel free to call the Plaintiff (719)580-6062. Plaintiff(s) can not discuss too much at this time without disclosing facts in regards to this solid case.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff(s) are seeking $1,000,000 for emotional stress, pain and suffering to all members. Plaintiff(s) also request that a full Federal Investiongation to be performed upon all said Defendant(s) and thier assoctiates.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/19/2017

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Les Ecker

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*   *State*   *Zip Code*

Telephone Number
E-mail Address

Page 6 of 6