IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00212-GPG

LES ECKER, ECKER FAMILY,

    Plaintiff,

v.

JUDGE PATTY SWIFT, 12th Dist. Stat of Colo. Costilla Co.,
ANN KAUFMAN, GAL, and
COSTILLA COUNTY DEPARTMENT OF SOCIAL SERVICES,

    Defendants.

## ORDER OF DISMISSAL

On January 23, 2017, Plaintiff Les Ecker initiated this action by submitting *pro se* a Complaint for Violation of Civil Rights, ECF No. 1, a Complaint for a Civil Case, ECF No. 2, two Applications to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF Nos. 3 and 4, and a letter, ECF No. 5. Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *See* ECF No. 7

On January 25, 2017, Magistrate Judge Gordon P. Gallagher entered an order directing Plaintiff to file an amended complaint on the Court-approved form. *See* ECF No. 8. Specifically, Magistrate Judge Gallagher explained that Plaintiff could not pursue claims on behalf of someone other than himself; this Court must abstain from exercising jurisdiction over claims asking the Court to intervene in ongoing state court proceedings pursuant to *Younger v. Harris,* 401 U.S. 37, 44 (1971); Plaintiff may not sue Defendants Swift and Kaufman because they are protected by judicial immunity; Plaintiff may not sue Defendant Costilla County Department of Social Services because it is not an entity

1

separate from Costilla County and Plaintiff did not allege that a municipal policy or custom caused the alleged injury; and the Complaint did not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. *Id.* at 2-6. Plaintiff was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days. *Id.* at 6.

On February 13, 2017, the January 25 order to amend was returned to the Court as undeliverable. The envelope that contained the order was marked "Return to Sender Not Deliverable as Addressed Unable to Forward." *See* ECF No. 10.

In accordance with the Local Rules of Practice for the United States District Court for the District of Colorado, D.C.COLO.LCivR 5.1(c), Plaintiff is required to notify the Court of an address change within five days after the change. Plaintiff has failed to comply with the Court's Local Rules or communicate with the Court in any way. As a result, he has failed to comply with the Court's order within the time allowed. The Court, therefore, will dismiss the action without prejudice for failure to comply and failure to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to comply and failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   3rd   day of    March          , 2017.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court