IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00212-LTB

LES ECKER, ECKER FAMILY,

    Plaintiff,

v.

JUDGE PATTY SWIFT, 12th Dist. Stat of Colo. Costilla Co.,
ANN KAUFMAN, GAL, and
COSTILLA COUNTY DEPARTMENT OF SOCIAL SERVICES,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 3, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 3rd day of March, 2017.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/D. Kalsow
                              Deputy Clerk